FILED
October 31, 2007
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>James Johnston, )<br>)<br>~~Defendant.~~ ) | Case No. 2:07-cr-425 FCD<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  James Johnston  Case 2:07-cr-425 FCD  from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

__  Release on Personal Recognizance

__  Bail Posted in the Sum of _____

 X  Unsecured bond in the amount of ~~$130,000~~ $150,000, co-signed by Mr. McQueen, to be replaced by a secured bond by close of business on 11/6/07 ( $150,000 or all equity in Dumbarton Circle and Sone properties )

__  Appearance Bond with 10% Deposit

__  Appearance Bond in the amount of $130,000 secured by Real Property

__  Corporate Surety Bail Bond

 X  (Other) PTS conditions/supervision;

Issued at  Sacramento, CA  on  10/31/07   at  3:05 p.m.

By _____
Kimberly J. Mueller,
United States Magistrate Judge