DANIEL BRODERICK, Bar #89424
Federal Defender
NED SMOCK, Bar #236238
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JAMES EDWARD JOHNSTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-07-425 FCD |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | |
| | ) | |
| JAMES EDWARD JOHNSTON, | ) | Date: April 14, 2008 |
| | ) | Time: 10:00 A.M. |
| | ) | Judge: Hon. Frank C. Damrell, Jr. |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Heiko Coppola, Assistant United States Attorney, attorney for Plaintiff, and Ned Smock, Assistant Federal Defender, attorney for defendant, that the current Status Conference for February 19, 2008 be vacated and a new date of April 14, 2008 at 10:00 a.m. be set for status.

Defense counsel has completed a review of the paper discovery provided thus far and is working with the government to schedule a review of the electronic evidence. These arrangements, including possible involvement of a forensic expert, are complicated by the requirements of the Adam Walsh Act, which limit defense access to this evidence.

1    It is further stipulated and agreed between the parties that the
2 period beginning February 19, 2008 to April 14, 2008, should be
3 excluded in computing the time within which the trial of the above
4 criminal prosecution must commence for purposes of the Speedy Trial Act
5 for defense preparation.  All parties stipulate and agree that this is
6 an appropriate exclusion of time within the meaning of Title 18, United
7 States Code, Section 3161(h)(8)(iv) (Local Code T4).
8 Dated: February 14, 2008

                                        Respectfully submitted,

                                        DANIEL BRODERICK
                                        Federal Defender


                                          /S/NED SMOCK
                                        NED SMOCK
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        JAMES EDWARD JOHNSTON


                                        MCGREGOR W. SCOTT
                                        United States Attorney

Dated:   February 14, 2008
                                        /s/ Ned Smock for HEIKO COPPOLA
                                        HEIKO COPPOLA
                                        Assistant U.S. Attorney


                          **ORDER**

   **IT IS SO ORDERED.**

DATED: February 15, 2008

                                        _____
                                        FRANK C. DAMRELL, JR.
                                        UNITED STATES DISTRICT JUDGE

2