MCGREGOR W. SCOTT
United States Attorney
HEIKO P. COPPOLA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2770

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 2:07-CR-0425 FCD |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION AND |
| | ) | ORDER TO EXCLUDE TIME |
| JAMES E. JOHNSTON | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

   The parties request that the status conference in this case be continued from April 14, 2008 to May 19, 2008 at 10:00 a.m. They stipulate that the time between April 14, 2008 and May 19, 2008 should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T-4. Specifically, new counsel has just entered the case and needs additional time to review discovery and consult with the

defendant.  The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

                                            Respectfully Submitted,

                                            McGREGOR W. SCOTT
                                            United States Attorney

DATE: April 3, 2008         By:   /s/ Heiko P. Coppola
                                        HEIKO P. COPPOLA
                                          Assistant U.S. Attorney

DATE: April 3, 2008                /s/ Thomas A. Johnson
                                          THOMAS A. JOHNSON
                                          Attorney for Defendant

**IT IS SO ORDERED.**

DATE: April 3, 2008

                                 FRANK C. DAMRELL, JR.
                                 UNITED STATES DISTRICT JUDGE