```
 1  MCGREGOR W. SCOTT
    United States Attorney
 2  HEIKO P. COPPOLA
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2770
 5
 6
 7              IN THE UNITED STATES DISTRICT COURT
 8            FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
10  UNITED STATES OF AMERICA,    )   CASE NO. 2:07-CR-0425 FCD
                                 )
11              Plaintiff,       )
                                 )
12       v.                      )   STIPULATION AND ORDER TO
                                 )   EXCLUDE TIME
13  JAMES E. JOHNSTON            )
                                 )
14                               )
                Defendant.       )
15  _____)
16
```

17       The parties request that the status conference in this case
18  be continued from May 19, 2008 to June 23, 2008 at 10:00 a.m.
19  They stipulate that the time between May 19, 2008 and June 23,
20  2008 should be excluded from the calculation of time under the
21  Speedy Trial Act.  The parties stipulate that the ends of justice
22  are served by the Court excluding such time, so that counsel for
23  the defendant may have reasonable time necessary for effective
24  preparation, taking into account the exercise of due diligence.
25  18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T-4.  Specifically,
26  defense counsel needs additional time to review discovery,
27  consult with the defendant and negotiate a potential resolution
28  with the government.  The parties stipulate and agree that the

1

interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

                                         Respectfully Submitted,

                                         McGREGOR W. SCOTT
                                         United States Attorney

DATE: May 13, 2008               By:   /s/ Heiko P. Coppola
                                       HEIKO P. COPPOLA
                                       Assistant U.S. Attorney

DATE: May 13, 2008                    /s/ Thomas A. Johnson[1]
                                       THOMAS A. JOHNSON
                                       Attorney for Defendant

                                         **SO ORDERED.**

DATE: May 13, 2008

                                         FRANK C. DAMRELL, JR.
                                         UNITED STATES DISTRICT JUDGE

---

[1] AUSA Coppola was authorized by Mr. Johnson to electronically sign his name to this stipulation and proposed order.