MCGREGOR W. SCOTT
United States Attorney
HEIKO P. COPPOLA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2770

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JAMES E. JOHNSTON ) <br> ) <br> ) <br> Defendant. ) <br> _____ ) | CASE NO. 2:07-CR-0425 FCD <br><br><br> STIPULATION AND ORDER TO <br> CONTINUE STATUS CONFERENCE <br> AND EXCLUDE TIME |

The parties request that the status conference in this case be continued from July 21, 2008 to August 11, 2008 at 10:00 a.m. They stipulate that the time between July 21, 2008 and August 11, 2008 should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T-4. Specifically, defense counsel needs additional time to review discovery, consult with the defendant and negotiate a potential resolution

with the government.  The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

                                Respectfully Submitted,

                                McGREGOR W. SCOTT
                                United States Attorney

DATE: July 16, 2008            By: /s/ Heiko P. Coppola
                                HEIKO P. COPPOLA
                                Assistant U.S. Attorney

DATE: July 16, 2008            /s/ Thomas A. Johnson[1]
                                THOMAS A. JOHNSON
                                Attorney for Defendant

**IT IS SO ORDERED.**

DATE: July 16, 2008

                                FRANK C. DAMRELL, JR.
                                UNITED STATES DISTRICT JUDGE

---

[1] AUSA Coppola was authorized by Mr. Johnson to electronically sign his name to this stipulation and proposed order.