```
MCGREGOR W. SCOTT
United States Attorney
HEIKO P. COPPOLA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2770
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                     )<br>            Plaintiff,               )<br>                                     )<br>      v.                             )<br>                                     )<br>JAMES E. JOHNSTON                    )<br>                                     )<br>                                     )<br>            Defendant.               )<br>_____) | CASE NO. 2:07-CR-0425 FCD<br><br><br><br>STIPULATION AND ORDER<br>TO EXCLUDE TIME |

The parties request that the status conference in this case be continued from August 11, 2008 to September 22, 2008 at 10:00 a.m. They stipulate that the time between August 11, 2008 and September 22, 2008 should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T-4. Specifically, defense counsel needs additional time to review discovery, consult with the defendant and negotiate a potential

1

resolution with the government.  The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

                                  Respectfully Submitted,

                                  McGREGOR W. SCOTT
                                  United States Attorney

DATE: August 7, 2008          By: /s/ Heiko P. Coppola
                                  HEIKO P. COPPOLA
                                  Assistant U.S. Attorney

DATE: August 7, 2008            /s/ Thomas A. Johnson[1]
                                  THOMAS A. JOHNSON
                                  Attorney for Defendant

**IT IS SO ORDERED.**

DATE: August 7, 2008

                                  FRANK C. DAMRELL, JR.
                                  UNITED STATES DISTRICT JUDGE

---

[1] AUSA Coppola was authorized by Mr. Johnson to electronically sign his name to this stipulation and proposed order.