1  MCGREGOR W. SCOTT
   United States Attorney
2  HEIKO P. COPPOLA
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2770

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,    )    CASE NO. 2:07-CR-0425 FCD
                                )
12              Plaintiff,      )
                                )
13     v.                       )    STIPULATION AND ORDER
                                )    TO EXCLUDE TIME
14 JAMES E. JOHNSTON            )
                                )
15                              )
                Defendant.      )
16 _____)

17

18      The parties request that the status conference in this case
19 be continued from November 24, 2008 to January 6, 2009 at 10:00
20 a.m.  They stipulate that the time between November 24, 2008 and
21 January 6, 2009 should be excluded from the calculation of time
22 under the Speedy Trial Act.  The parties stipulate that the ends
23 of justice are served by the Court excluding such time, so that
24 counsel for the defendant may have reasonable time necessary for
25 effective preparation, taking into account the exercise of due
26 diligence.  18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T-4.
27 Specifically, defense counsel needs additional time to review
28 discovery, consult with the defendant and negotiate a potential

                                 1

resolution with the government.  The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

                              Respectfully Submitted,

                              McGREGOR W. SCOTT
                              United States Attorney

DATE: November 21, 2008     By: /s/ Heiko P. Coppola
                              HEIKO P. COPPOLA
                              Assistant U.S. Attorney

DATE: November 21, 2008      /s/ Thomas A. Johnson[1]
                              THOMAS A. JOHNSON
                              Attorney for Defendant

**IT IS SO ORDERED.**

DATE: November 21, 2008

                              FRANK C. DAMRELL, JR.
                              UNITED STATES DISTRICT JUDGE

---

[1] AUSA Coppola was authorized by Mr. Johnson to electronically sign his name to this stipulation and proposed order.

2