1  THOMAS A. JOHNSON, #119203
2  1007 7th Street, Suite 500
   Sacramento, California  95814
   Telephone:  (916) 442-4022
3  Fax :  (916) 442-4262
4  Attorney for Defendant Johnston

9  IN THE UNITED STATES DISTRICT COURT
10 FOR THE EASTERN DISTRICT OF CALIFORNIA

12 UNITED STATES OF AMERICA,           ) Case No.: CR-S-07-0425 FCD
                                       )
13              Plaintiff,             ) STIPULATION AND ORDER TO
                                       ) CONTINUE HEARING
14       vs.                           )
                                       ) Date:    January 6, 2009
15 JAMES JOHNSTON,                     ) Time:    9:00 a.m.
                                       ) Judge:   Hon. Frank C. Damrell, Jr.
16              Defendant              )
                                       )

18 **IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Status
19 Conference scheduled for January 6, 2009 at 9:00 a.m. be continued to February 17, 2009 at 9:00
20 a.m. in the same courtroom. Heiko Coppola, Assistant United States Attorney, and Thomas A.
21 Johnson, Defendant's attorney, are requesting such continuance in order to negotiate a plea
22 agreement in this matter.  A plea agreement in such a case is difficult to reach, but there has been
23 progress.  We will be prepared to set the matter for motions or trial on February 17, 2009, if there
24 is not an agreed upon disposition.
25      It is further stipulated that Defendant need not appear in Court on January 6, 2009.
26      It is further stipulated that the period from the date of this stipulation through and
27 including February 17, 2009, be excluded in computing the time within which trial must
28

1  commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local

2  Code T4 for continuity and preparation of counsel.

3      **IT IS SO STIPULATED.**

4  DATE:  January 5, 2009            /s/  Thomas Johnson
                                                THOMAS JOHNSON
5                                                  Attorney for Defendant
                                                 TIMOTHY P. ARTELLAN
6

7

8  DATE:  January 5, 2009            LAURENCE BROWN
                                                 United States Attorney

9                        By:     /s/   Heiko Coppola
                                                 HEIKO COPPOLA
10                                                  Assistant U.S. Attorney

11

12      **IT IS SO ORDERED.**

13

14  Dated:  January 5, 2009

15                                FRANK C. DAMRELL, JR.
                              UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28