THOMAS A. JOHNSON, #119203
1007 7th Street, Suite 500
Sacramento, California 95814
Telephone: (916) 422-4022
Attorney for Defendant James Johnston

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:07-CR-00425-FCD |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS |
| vs. | Date: April 27, 2009 |
| JAMES JOHNSTON, | Time: 10:00 a.m. |
| Defendant | Judge: Hon. Frank C. Damrell, Jr. |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Status Conference scheduled for March 23, 2009 at 10:00 a.m. be continued to April 27, 2009 at 10:00 a.m.in the same courtroom. Thomas A. Johnson, Defendant's attorney, and Heiko P. Coppola, Assistant United States Attorney, are requesting such continuance because both attorneys are scheduled to be in trials for other matters and in order for defense counsel to continue investigation.

It is further stipulated that the period from the date of this stipulation through and including April 27, 2009, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T2 and T4 for continuity and preparation of counsel.

**IT IS SO STIPULATED.**

DATE: March 20, 2009

/s/ Thomas Johnson
THOMAS JOHNSON
Attorney for Defendant
JAMES JOHNSTON

/ / /

DATE:  March 20, 2009

McGREGOR W. SCOTT
United States Attorney

By:        /s/   Heiko P. Coppola
HEIKO P. COPPOLA
Assistant U.S. Attorney


**IT IS SO ORDERED.**


Dated:  March 20, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE