1  THOMAS A. JOHNSON, #119203
   400 Capitol Mall, Suite 1620
2  Sacramento, California  95814
   Telephone:  (916) 422-4022
3  Attorney for Defendant James Johnston

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.: 2:07-CR-00425-FCD |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE MOTION HEARING AND RE-SET BRIEFING SCHEDULE |
| vs. | ) |
| JAMES JOHNSTON, | ) Date: January 5, 2010 |
| Defendant. | ) Time: 10:00 a.m. |
|  | ) Judge: Hon. Frank C. Damrell, Jr. |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Motion Hearing scheduled for January 5, 2010 at 10:00 a.m. is to be continued to March 15, 2010 at 10:00 a.m. in the same courtroom.  Thomas A. Johnson, Defendant's attorney, and Heiko P. Coppola, Assistant United States Attorney, agree and stipulate to the continuance and updated briefing schedule.  The continuation is requested because defense counsel needs additional time to research and prepare the motion to suppress.  The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

The following is the updated briefing schedule on Defendant's Motion to Suppress:

Defendant's Motion due by:          February 8, 2010
Government's Response due by:    March 1, 2010
Defendant's Reply due by:            March 8, 2010

It is further stipulated that the period from the date of this stipulation through and including March 15, 2010, be excluded in computing the time within which trial must commence

under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T2 and T4 for continuity and preparation of counsel.

**IT IS SO STIPULATED.**

DATE:  December 17, 2009                                          /s/ Thomas A. Johnson
                                                                                    THOMAS A.  JOHNSON
                                                                                    Attorney for Defendant
                                                                                    JAMES JOHNSTON


DATE:  December 17, 2009                                          BENJAMIN B. WAGNER
                                                                                    United States Attorney

                                                        By:           /s/   Thomas A. Johnson for
                                                                                    HEIKO P. COPPOLA
                                                                                    Assistant U.S. Attorney

**IT IS SO ORDERED.**


DATE: December 17, 2009                                          _____
                                                                                    FRANK C. DAMRELL, JR.
                                                                                    UNITED STATES DISTRICT JUDGE