```
BENJAMIN B. WAGNER
United States Attorney
HEIKO P. COPPOLA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2770
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>JAMES JOHNSTON<br><br>                Defendant. | CASE NO. 2:07-CR-0425 FCD<br><br>STIPULATION AND ORDER<br>TO EXCLUDE TIME |

The parties request that the trial confirmation hearing set for January 10, 2011 and the jury trial set for February 8, 2011 be stricken and that the matter be continued from January 10, 2011 to **February 3, 2011 at 10:00 a.m. before the Honorable Kimberly J. Mueller** for a further status conference. They stipulate that the time between January 10, 2011 and February 3, 2011 should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). Specifically, the

1 defense counsel is still reviewing discovery, conducting
2 investigation of the matter and preparing for trial.  The parties
3 expect to re-set the matter for trial before Judge Mueller on
4 February 3, 2011, because the current trial date poses a scheduling
5 conflict for the undersigned government counsel.
6     The parties stipulate and agree that the interests of justice
7 served by granting this continuance outweigh the best interests of
8 the public and the defendant in a speedy trial.  18 U.S.C. §
9 3161(h)(7)(A).

```
                                    Respectfully Submitted,

                                    BENJAMIN B. WAGNER
                                    United States Attorney


DATE: January 6, 2011        By:    /s/ Heiko P. Coppola
                                    HEIKO P. COPPOLA
                                    Assistant U.S. Attorney


DATE: January 6, 2011               /s/ Tom Johnson
                                    TOM A. JOHNSON
                                    Attorney for Defendant
```

**IT IS SO ORDERED.**

DATE: January 6, 2011

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2