```
BENJAMIN B. WAGNER
United States Attorney
HEIKO P. COPPOLA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2770
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:07-CR-0425 KJM |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO EXCLUDE TIME |
| JAMES E. JOHNSTON | |
| Defendant. | |

The parties request that the Court schedule a jury trial in above-entitled matter to commence on April 18, 2011 at 9:00 a.m.  The parties also request that the Court set a trial confirmation hearing on March 24, 2011 at 10:00 a.m.  The parties further stipulate that the time between February 3, 2011 and April 18, 2011 should be excluded from the calculation of time under the Speedy Trial Act.  The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4.  Specifically, defense counsel is still reviewing discovery, conducting investigation of the matter, consulting with

1  the defendant, and preparing this matter for trial.  The parties
2  stipulate and agree that the interests of justice served by granting
3  this continuance outweigh the best interests of the public and the
4  defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

                                                         Respectfully Submitted,

                                                         BENJAMIN B. WAGNER
                                                         United States Attorney

DATE: February 3, 2011          By: /s/ Heiko P. Coppola
                                         HEIKO P. COPPOLA
                                         Assistant U.S. Attorney


DATE: February 3, 2011           /s/ Thomas A. Johnson[1]
                                         THOMAS A. JOHNSON
                                         Attorney for Defendant

    **IT IS SO ORDERED.**  The status currently set on February 3, 2011 is vacated.

DATE:  February 3, 2011.

                                                         _____
                                                         UNITED STATES DISTRICT JUDGE

---

[1] AUSA Coppola was authorized by Mr. Johnson to electronically sign his name to this stipulation and proposed order.

2