THOMAS A. JOHNSON, #119203
400 Capitol Mall, Suite 1620
Sacramento, California  95814
Telephone:  (916) 422-4022
Attorney for Defendant James Johnston


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | Case No.: 2:07-CR-00425-KJM |
| ) | |
| Plaintiff,   ) | STIPULATION AND ORDER TO |
| ) | CONTINUE TRIAL CONFIRMATION |
| ) | HEARING AND TRIAL |
| vs.   ) | |
| ) | Date:      March 24, 2011 |
| JAMES JOHNSTON,   ) | Time:      10:00 a.m. |
| ) | Judge:    Hon. Kimberly J. Mueller |
| Defendant   ) | |
| _____   ) | |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Trial

Confirmation Hearing scheduled for March 24, 2011 at 10:00 a.m. is to be continued to May 19,

2011 at 10:00 a.m. in the same courtroom.  The parties also request that the jury trial scheduled

to commence on April 18, 2011 at 9:00 a.m. is to be continued to commence on June 6, 2011 at

9:00 a.m.  Thomas A. Johnson, Defendant's attorney, and Heiko P. Coppola, Assistant United

States Attorney, agree and stipulate to the continuance.  The continuation is requested because

defense counsel has started a murder trial in state court on March 17, 2011 that is expected to last

eight weeks.  Additionally, Mr. Coppola has military duty out of state scheduled from May 9,

2011 through May 13, 2011. The June 6th, 2011 trial date is the first available date for the parties

to try this matter.  Additionally, the time between the signing of this stipulation and June 6th,

2011 will be used by the parties to continue preparing the matter for trial, ensuring effective

preparation of both defense counsel and the government, ensuring continuity of counsel and

taking into account the exercise of due diligence. The parties stipulate and agree that the interests

of justice served by granting this continuance outweigh the best interests of the public and the

defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

1    It is further stipulated that the period from the date of this stipulation through and

2  including the trial date of June 6, 2011, be excluded in computing the time within which trial

3  must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and

4  Local Code T-4 for continuity and preparation of counsel.

5

6    **IT IS SO STIPULATED.**

7

8  DATE:  March 22, 2011                            /s/ Thomas A. Johnson_____

9                                                   THOMAS A.  JOHNSON
                                                    Attorney for Defendant

10                                                  JAMES JOHNSTON

11

12 DATE:  March 22, 2011                            BENJAMIN B. WAGNER
                                                    United States Attorney

13                                       By:        /s/ Heiko P. Coppola_____

14                                                  HEIKO P. COPPOLA
                                                    Assistant U.S. Attorney

15

16   **IT IS SO ORDERED.**

17 DATE:  March 22, 2011.

18

19                                                  _____
                                                    UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28

- 2 -