THOMAS A. JOHNSON, #119203
400 Capitol Mall, Suite 1620
Sacramento, California  95814
Telephone:  (916) 422-4022
Attorney for Defendant James Johnston

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    vs.<br><br>JAMES JOHNSTON,<br><br>         Defendant | Case No.: 2:07-CR-00425-KJM<br><br>STIPULATION AND ORDER TO CONTINUE TRIAL CONFIRMATION HEARING AND VACATE TRIAL |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Trial Confirmation Hearing scheduled for May 19, 2011 at 10:00 a.m. is to be continued to June 9, 2011 at 10:00 a.m. in the same courtroom.  The parties also request that the jury trial scheduled to commence on June 6, 2011 at 9:00 a.m., is hereby vacated.  Thomas A. Johnson, Defendant's attorney, and Kyle Reardon, Assistant United States Attorney, agree and stipulate to the continuance.  The continuation is requested because it is anticipated that a Superseding Indictment will issue before June 6, 2011.  Defense counsel will need time to review the new Indictment and determine what if any motions will need to be filed after arraignment.  In addition, there is new evidence that is expected to be produced following another forensic evaluation of the evidence seized.  The time between the signing of this stipulation and June 9th, 2011, will be used by the parties to continue preparing the matter for trial, ensuring effective preparation of both defense counsel and the government, ensuring continuity of counsel and taking into account the exercise of due diligence. The parties stipulate and agree that the interests of justice

served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

It is further stipulated that the period from the date of this stipulation through and including the of June 9, 2011, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4 for continuity and preparation of counsel.

**IT IS SO STIPULATED.**

DATE:  May 17, 2011                                      /s/ Thomas A. Johnson
                                                                              THOMAS A.  JOHNSON
                                                                              Attorney for Defendant
                                                                              JAMES JOHNSTON


DATE:  May 17, 2011                                      BENJAMIN B. WAGNER
                                                                              United States Attorney

                                                       By:     /s/ Kyle Reardon
                                                                              KYLE REARDON
                                                                              Assistant U.S. Attorney

**IT IS SO ORDERED.**

DATE:  May 17, 2011.


_____
UNITED STATES DISTRICT JUDGE