BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:07-CR-00425 KJM |
| | ) | |
| Plaintiff, | ) | PRELIMINARY ORDER OF |
| | ) | FORFEITURE |
| v. | ) | |
| | ) | |
| JAMES E. JOHNSTON, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

   Based upon the guilty verdicts entered against defendant James E. Johnston and the special findings regarding the assets listed below by the jury, it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

   1.  Pursuant to 18 U.S.C. § 2253(a), defendant James E. Johnston's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

   (a)  One Dell Dimension 8400 desk top computer, serial number DSZLR161; and

   (b)  One Seagate 160-gigabyte hard drive, serial number 5MT0A313 removed from the Dell Dimension 8400 desk top computer.

1   2.  The above-listed property was used or intended to be used
2  to commit or to promote the commission of a violations of 18 U.S.C.
3  § 2251(c), 18 U.S.C. § 2252(a)(2), 18 U.S.C. § 2252(a)(4)(B), and 18
4  U.S.C. § 2423(b) and (e).
5   3.  Pursuant to Rule 32.2(b), the Attorney General (or a
6  designee) shall be authorized to seize the above-listed property.
7  The aforementioned property shall be seized and held by the United
8  States, in its secure custody and control.
9   4.  a.  Pursuant to 18 U.S.C. § 2253(b), incorporating  21
10 U.S.C. § 853(n), and Local Rule 171, the United States shall publish
11 notice of the order of forfeiture.  Notice of this Order and notice
12 of the Attorney General's (or a designee's) intent to dispose of the
13 property in such manner as the Attorney General may direct shall be
14 posted for at least 30 consecutive days on the official internet
15 government forfeiture site www.forfeiture.gov.  The United States
16 may also, to the extent practicable, provide direct written notice
17 to any person known to have alleged an interest in the property that
18 is the subject of the order of forfeiture as a substitute for
19 published notice as to those persons so notified.
20      b.  This notice shall state that any person, other than
21 the defendant, asserting a legal interest in the above-listed
22 property, must file a petition with the Court within sixty (60) days
23 from the first day of publication of the Notice of Forfeiture posted
24 on the official government forfeiture site, or within thirty (30)
25 days from receipt of direct written notice, whichever is earlier.
26 ///
27 ///
28 ///

5. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 2253(a), in which all interests will be addressed.

SO ORDERED this 7th day of June, 2012.

_____
UNITED STATES DISTRICT JUDGE