```
BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700
(916) 554-2900 FAX
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:07-CR-00425 MCE |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCING FROM NOVEMBER 16, 2012, TO NOVEMBER 29, 2012** |
| JAMES E. JOHNSTON, | |
| Defendant. | |

The parties request that the judgment and sentencing currently set for November 16, 2012, at 9:00 a.m., be continued to November 29, 2012, at 9:00 a.m.  This continuance is necessary due to a recently discovered error in the presentence calculations.  The additional time is needed to permit the preparation of an amended presentence report.  The Probation Office does not object to this continuance.

///

///

///

///

///

The following Presentence Report disclosure schedule will apply:

| | Old Date | New Date |
|---|---|---|
| Amended PSR to Counsel | | November 16, 2012 |
| Formal Objections / Motion for Correction of Amended PSR | | November 21, 2012 |
| Reply or Statement of Non-Opposition, and Sentencing Memoranda | | November 21, 2012 |
| Judgment and Sentencing | November 16, 2012 | November 29, 2012 |

Dated: November 13, 2012         Respectfully Submitted,

                                        BENJAMIN B. WAGNER
                                      United States Attorney

                                  By: */s/ Kyle Reardon*
                                        KYLE REARDON
                                        Assistant U.S. Attorney

Dated: November 13, 2012         */s/ Kyle Reardon* for
                                        THOMAS A. JOHNSON
                                        Attorney for Defendant

**ORDER**

The parties' stipulation and proposed schedule is approved and SO ORDERED. The judgment and sentencing currently set for November 16, 2012, at 9:00 a.m., is **continued to November 29, 2012 at 9 a.m.**

Dated: November 21, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE