BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
TODD D. LERAS
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700
(916) 554-2900 FAX

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.  2:07-CR-00425 MCE |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **APPLICATION FOR *IN CAMERA* REVIEW** |
| ) | **OF GOVERNMENT TRIAL EXHIBITS IN** |
| JAMES E. JOHNSTON, ) | **SUPPORT OF GOVERNMENT'S SENTENCING** |
| ) | **MEMORADUM AND ORDER** |
| Defendant. ) | |
| ) | |

The United States of America, by and through the undersigned attorney, hereby applies to the Court for *in camera* review of the trial exhibits in support of the Government's Sentencing Memorandum. The trial exhibits are being submitted to the Court for *in camera* review given their sensitive nature and the fact that the sentencing court did not hear the trial in this case.  The material is relevant evidence in support of the arguments advanced in the Government's Formal Objections and Sentencing Memorandum.  *In camera* review of the exhibits is necessary due to the fact that the materials contain visual depictions of minors engaged in sexually explicit conduct.

///

Upon granting of this application, the United States will deliver to the Court the trial exhibits.  Upon completion of the Court's examination of the trial exhibits, the United States asks that it be returned to the care and custody of the United States Attorney's Office.  A copy of the trial exhibits will be maintained in the United States Attorney's file.

Defense counsel was provided a copy of the exhibits prior to trial.

Dated: November 21, 2012                Respectfully Submitted,

                                      BENJAMIN B. WAGNER
                                      United States Attorney

                               By:  */s/ Kyle Reardon*
                                   KYLE REARDON
                                   Assistant U.S. Attorney

**ORDER**

The United States' application for *in camera* review of the trial exhibits is hereby granted. The United States shall deliver to the Court the trial exhibits from the above-entitled case. Upon completion of the Court's examination of the trial exhibits, they will be returned to the United States. A copy of the trial exhibits will be maintained in the United States Attorney's file.

IT IS SO ORDERED.

Dated: November 27, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE