THOMAS A. JOHNSON, #119203
400 Capitol Mall, Suite 1620
Sacramento, California  95814
Telephone:  (916) 422-4022
Attorney for Defendant James Johnston

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>JAMES JOHNSTON,<br><br>        Defendant | Case No.: 2:07-CR-00425-MCE<br><br>STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING<br><br>Date:  December 7, 2012<br>Time:  10:00 a.m.<br>Judge:  Hon. Morrison C. England |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that a Judgment and Sentencing is continued from November 29, 2012 at 9:00 a.m. to December 7, 2012 at 9:00 a.m.  Thomas A. Johnson, Defendant's attorney, and Todd Leras, Assistant United States Attorney, agree and stipulate to this continuance.  A continuance has been requested due to the unavailability of defense counsel.  On November 26, 2012, Mr. Johnson is set to begin a murder trial in People v. Steven Zinda, Sacramento County Case No. 11F02036.  The case is expected to last two weeks.  The Probation Officer has also been informed of the continuance and does not object.

**IT IS SO STIPULATED.**

DATE:  November 20, 2012         By:   /s/ Thomas A. Johnson
                                                               THOMAS A. JOHNSON
                                                               Attorney for Defendant
                                                               JAMES JOHNSTON

| | | |
|---|---|---|
| DATE:  November 20, 2012 | By: | BENJAMIN B. WAGNER<br>United States Attorney |
| | | /s/   Thomas A. Johnson for<br>TODD LERAS<br>Assistant U.S. Attorney |

## **ORDER**

Pursuant to the parties' stipulation and good cause appearing, the Judgment and Sentencing currently set for November 29, 2012 is **continued to December 7, 2012 at 10:00 a.m.** in Courtroom 7.

**IT IS SO ORDERED.**

Dated:  November 27, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE