THOMAS A. JOHNSON, #119203
400 Capitol Mall, Suite 1620
Sacramento, California  95814
Telephone:  (916) 422-4022
Attorney for Defendant James Johnston

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>JAMES JOHNSTON,<br><br>　　　　　Defendant | Case No.: 2:07-CR-00425-MCE<br><br>STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING AND AMEND PSR SCHEDULE<br><br>Date:　February 14, 2013<br>Time:　2:00 p.m.<br>Judge:　Hon. Morrison C. England |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that a Judgment and Sentencing is continued from December 7, 2012 at 9:00 a.m. to February 14, 2013 at 2:00 p.m.  Thomas A. Johnson, Defendant's attorney, and Kyle Reardon, Assistant United States Attorney, agree and stipulate to this continuance.  A continuance has been requested in order for defense counsel to prepare.  Mr. Johnson is currently a murder trial in <u>People v. Steven Zinda</u>, Sacramento County Case No. 11F02036, and recently received information that the government intends to oppose the recommendation of Probation and wants to submit evidence at the hearing.  The Probation Officer has also been informed of the continuance and does not object.

**IT IS SO STIPULATED.**

DATE:  December 5, 2012　　　　　　　　　By:　/s/ Thomas A. Johnson
　　　　　　　　　　　　　　　　　　　　　　THOMAS A. JOHNSON
　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　　　JAMES JOHNSTON

| | | |
|---|---|---|
| DATE:  December 5, 2013 | By: | BENJAMIN B. WAGNER<br>United States Attorney |
| | | /s/   Thomas A. Johnson for<br>KYLE REARDON<br>Assistant U.S. Attorney |

**IT IS SO ORDERED.**

Dated:  December 6, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE