```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KYLE REARDON
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone:  (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>　　　　Plaintiff, )<br>)<br>　　v. )<br>)<br>JAMES E. JOHNSTON, )<br>)<br>　　　　Defendant. )<br>_____) | 2:07-cr-00425-MCE<br><br>FINAL ORDER OF FORFEITURE |

WHEREAS, on or about June 8, 2012, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253, based upon the guilty verdict entered against defendant James E. Johnston, forfeiting to the United States the following property:

　　　　(a)　One Dell Dimension 8400 desk top computer, serial number DSZLR161; and

　　　　(b)　One Seagate 160-gigabyte hard drive, serial number 5MT0A313 removed from the Dell Dimension 8400 desk top computer.

AND WHEREAS, beginning on June 12, 2012, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government

forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1.  A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2253, to be disposed of according to law, including all right, title, and interest of James E. Johnston.

2.  All right, title, and interest in the above-listed property shall vest solely in the United States of America.

3.  The Department of Homeland Security, Customs and Border Protection shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated: March 13, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE