UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JAMES E. JOHNSTON,<br><br>    Defendant. | No. 2:07-cr-00425-MCE<br><br><br>**ORDER** |

On May 1, 2012, Defendant was found guilty after a jury trial of one count of conspiracy to produce child pornography, two counts of receipt of child pornography, one count of possession of child pornography, and one count of conspiracy to travel with intent to engage in illicit sexual conduct. See Jury Verdict, ECF No. 157. The Court sentenced Defendant to 293 months of imprisonment, and Defendant appealed. ECF Nos. 185, 187.

A panel of the Ninth Circuit affirmed in part and vacated in part this Court's decision. ECF No. 213. That court directed this Court to vacate Defendant's sentence for possession of child pornography, which is a lesser included offense of the offense of receipt of child pornography, because under the circumstances of this case, convicting Defendant of both charges violated the Double Jeopardy Clause. Id. at 6-10. Accordingly, this Court now VACATES Defendant's conviction for possession of child

1 | pornography.  An amended judgment will issue, and the Clerk of the Court is directed to
2 | close this case.
3 |       IT IS SO ORDERED.
4 | Dated:  July 6, 2015

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT