HEATHER E. WILLIAMS, Bar #122664
Federal Defender
CAROLYN M. WIGGIN, Bar #182732
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorney for Movant-Defendant
JAMES E. JOHNSTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:07-cr-00425-MCE |
| Plaintiff, | **ORDER** |
| v. | |
| JAMES E. JOHNSTON, | |
| Defendant-Movant. | |

Good cause appearing, Defendant JAMES E. JOHNSTON's unopposed request extension of time until November 12, 2019, to file any supplement to his motion to reduce his sentence pursuant to the First Step Act is hereby GRANTED.

IT IS SO ORDERED.

Dated: July 17, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE